**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDY SABERI,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**LES STANFORD CHEVROLET CADILLAC, INC., ET AL.,**<br><br>　　　　Defendants. | Case No.: 16-CV-2203-YGR<br><br>**ORDER CONTINUING MOTION HEARING** |

　　　　On May 6, 2016, plaintiff filed a Motion for Order Shortening Time to Hear Plaintiffs' Motion for Remand so that the Court need not hear defendants' motion to dismiss until after it has reached a decision on the motion for remand. (Dkt. No. 16.) Defendants opposed plaintiff's motion, recommending instead that the motion to dismiss be continued to a date after the hearing on the motion to remand. (Dkt. No. 18.)

　　　　The Court **DENIES** plaintiff's Motion for Order Shortening Time to Hear Plaintiffs' Motion for Remand and **CONTINUES** the hearing on defendants' motion to dismiss from Tuesday, June 14, 2016 to **Tuesday, June 21, 2016** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1. Notwithstanding the above, the briefing schedules set for both hearings shall remain unchanged. If the Court deems necessary, it will continue the motion to dismiss hearing to a later date.

　　　　**IT IS SO ORDERED.**

Date:　May 12, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**